No. D–337. IN RE DISBARMENT OF VANDOREN. It is ordered that Edward B. Vandoren, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–1889. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK v. MID-LOUISIANA GAS CO. ET AL.;
No. 81–1958. ARIZONA ELECTRIC POWER COOPERATIVE, INC. v. MID-LOUISIANA GAS CO. ET AL.;
No. 81–2042. MICHIGAN v. MID-LOUISIANA GAS CO. ET AL.; and
No. 82–19. FEDERAL ENERGY REGULATORY COMMISSION v. MID-LOUISIANA GAS CO. ET AL. C. A. 5th Cir. [Certiorari granted, 459 U. S. 820.] Motion of respondents for leave to file reply to supplemental memorandum filed after argument granted.

No. 81–2147. ARIZONA ET AL. v. SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. v. NAVAJO TRIBE OF INDIANS ET AL.; and
No. 81–2188. MONTANA ET AL. v. NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVATION ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 821.] Motion of petitioners in No. 81–2188 for leave to file a response to the memorandum of the United States filed after argument granted. Motion of respondent Navajo Nation in No. 81–2147 for leave to file a brief after argument granted.